IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Charles

Printed: 9/23/08

Case Number: 07 B 04161
Judge: Goldgar, A. Benjamin
Filed: 3/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 12, 2008
Confirmed: June 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,672.38 | |
| Secured: | | 1,688.87 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,774.00 |
| Trustee Fee: | | 209.51 |
| Other Funds: | | 0.00 |
| Totals: | 3,672.38 | 3,672.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 1,774.00 | 1,774.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | R & R Country Motors | Secured | 2,613.58 | 650.00 |
| 4. | Citi Residential Lending Inc | Secured | 12,543.22 | 1,038.87 |
| 5. | Creditors Collection Bur | Unsecured | 84.21 | 0.00 |
| 6. | Receivables Management Inc | Unsecured | 17.50 | 0.00 |
| 7. | Nicor Gas | Unsecured | 76.42 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Collection Company Of America | Unsecured | | No Claim Filed |
| 10. | Midland Credit Management | Unsecured | | No Claim Filed |
| 11. | Midland Credit Management | Unsecured | | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 13. | Zalutsky & Pinski Ltd | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,108.93 | $ 3,462.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 143.21 |
| 6.5% | 66.30 |
| | _____ |
| | $ 209.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Coleman, Charles | Case Number:  07 B 04161 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/23/08 | Filed:  3/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

